470 A.2d 1016

Fiordimondo v. Fiordimondo, Appellant.

Submitted June 2, 1983. Joseph L. DiTomo, Jr., for appellant; Nicholas J. Maiale, for appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Decree affirmed.

470 A.2d 1016

Flora, Appellant, v. Motor Coils Mfg.

Argued October 25, 1983. John O'Donnell, for appellant; Seymour A. Sikov, for Motor, appellee; Michael Louis Magulick, for Process, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment on pleadings of Motor Coil Manufacturing Company, Inc. affirmed and case remanded for further proceedings.